# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN MARIE COCCO, | ) |
| v. | ) |
| WD SERVICES LLC d/b/a NESMETAJU LLC | ) |
| d/b/a YOUGETFUNDED.COM. | ) |

### AFFIDAVIT OF KATHLEEN MARIE COCCO

I, KATHLEEN MARIE COCCO, being first duly sworn upon oath, depose and say that I am the Plaintiff in the above captioned proceeding. I have personal knowledge and thereby testify to the below facts. The facts set forth in the affidavit are known to me to be true based upon my personal knowledge of such facts. If called upon to testify as a witness, I would so testify to these facts.

1. In approximately May of 2016, I started receiving calls to my cellular phone, (586) XXX-0826 from WD SERVICES LLC d/b/a NESMETAJU LLC d/b/a YOUGETFUNDED.COM ("WD Services").

2. WD Services has used a variety of phone numbers when contacting me, including but not limited to: (855) 999-8511, (855) 636-9787, (855) 316-1312, and (855) 217-9878.

3. When I answer calls from WD Services, I experience a pre-recorded message, telling me something along the lines of the fact that I am approved for a loan.

4. I am unaware as to what WD Services is, as I do not have any relationship with it. I believe it has been calling for a different individual.

5. WD Services' pre-recorded message also gives me the option to opt-out of receiving its phone calls, and I have selected this prompt on numerous occasions.

6. Despite my demands that it stop contacting me, WD Services continued to regularly call my cellular phone up until the end of 2016.

7. WD Services has also called my cellular phone multiple times during the same day, with calls often coming in within seconds of one another.

8. I have received at least 23 phone calls from WD Services since demanding that it stop contacting me.

9. In addition to WD Services' phone calls, it has also sent me multiple text messages, even after it has been informed to stop contacting me.

10. Frustrated over WD Services' conduct, I purchased an application on my cellular phone to block the calls.

I affirm under the penalties for perjury that the foregoing representations are true.

FURTHER AFFIANT SAYETH NOT:

s/ *K. Cocco*
—EE12644EDA1449F...

Kathleen Marie Cocco