AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

KATHLEEN MARIE COCCO

V.

WD SERVICES, LLC d/b/a NESMETAJU, LLC d/b/a YOUGETFUNDED.COM,

CASE NUMBER: 1:17-cv-04604

ASSIGNED JUDGE: Hon. John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: Hon. Mary M. Rowland

TO: (Name and address of Defendant)

WD Services, LLC d/b/a Nesmetaju, LLC d/b/a YouGetFunded.com
c/o Registered Agent
Incorp Services, Inc.
1910 Thomas Avenue
Cheyenne, WY 82001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Paul Giusti_
(By) DEPUTY CLERK



June 21, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| 1:17-cv-04604 | **RETURN OF SERVICE** | Kathleen Marie Cocco v WD Services, LLC |

| Service of the Summons and complaint was made by me[1] | DATE June 28, 2017 4:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Goodwine | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: InCorp Services @ 1910 Thomes Ave. Cheyenne WY, Heather Patrick as President

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 28, 2017
_Date_    _Signature of Server_

205 W. 18th St Cheyenne WY
_Address of Server_

MARISSA MEDINA - NOTARY PUBLIC
County of Laramie
State of Wyoming
My Commission Expires April 3, 2021

Notary: Marissa Medina

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4290