UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHLEEN MARIE COCCO,

        **Plaintiff,**

v.

**WD SERVICES, LLC, d/b/a NESMETAJU,
LCC d/b/a YOUGETFUNDED.COM,
        Defendants.**

Case No. 1:17-cv-04604

Hon. John Robert Blakey

## DEFENDANT WD SERVICES, LLC'S ANSWER
## AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant WD Services, LLC ("WD Services" or "Defendant"), in accordance with Fed.

R. Civ. P. 12, hereby respectfully submits its Answer and Affirmative Defenses to the Complaint

(Dkt. 1) filed by Plaintiff Kathleen Marie Cocco ("Plaintiff") in the above-captioned matter.

## NATURE OF ACTION

1.      Defendant admits that Plaintiff purports to bring her Complaint and seek damages

pursuant to the Telephone Consumer Protection Act ("TCPA") and the Illinois Consumer Fraud

and Deceptive Business Practices Act ("ICFA"), but denies that Defendant violated either statute

or any other applicable law, that Plaintiff is entitled to any relief thereunder, that Defendant acted

unlawfully, or that Plaintiff is entitled to any damages from Defendant whatsoever. Any

remaining allegations in Paragraph 1 are denied.

## JURISDICTION AND VENUE

2.      Defendant admits that Plaintiff purports to bring her Complaint, in part, pursuant

to the TCPA, but denies that Defendant violated the TCPA, that Plaintiff is entitled to any relief

thereunder or under any legal theory, or that Plaintiff is entitled to any damages from Defendant

whatsoever. Answering further, Defendant states that balance of the allegations in Paragraph 2

1

present legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations. Any remaining allegations in Paragraph 2 are denied.

3.      Defendant states that the allegations in Paragraph 3 present legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations. Any remaining allegations in Paragraph 3 are denied.

## PARTIES

4.      Defendant states that it lacks sufficient information to form a belief as to the Plaintiff's alleged age and therefore denies that portion of Paragraph 4. Answering further, the remaining allegations in Paragraph 4 present legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations. Any remaining allegations in Paragraph 4 are denied.

5.      Defendant admits that it has an office located at 1712 Pioneer Avenue, Suite 135, in Cheyenne, Wyoming. Defendant denies the remaining allegations in Paragraph 5.

6.      Defendant states that the allegations in Paragraph 6 present legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations. Any remaining allegations in Paragraph 6 are denied.

7.      Denied. Defendant specifically denies that it "acted" unlawfully in anyway or that Plaintiff is entitled to any relief from Defendant for any act or omission, direct or indirect, by Defendant or any person or entity acting on Defendant's behalf.

## FACTS SUPPORTING CAUSES OF ACTION

8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, including the allegations in the cited/referenced exhibit, and therefore denies them. Defendant denies making any unlawful calls or texts to Plaintiff.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies them.

10.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

11.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

12.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

13.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

14.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

15.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

16.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

17.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

18.     Denied as to the allegations in this Paragraph and the cited/referenced exhibit.

19.     Defendant denies having made any unlawful calls or sending any unlawful texts to Plaintiff, that it violated the TCPA and the ICFA or that Plaintiff is entitled to any relief thereunder or under any legal theory, or that Plaintiff is entitled to or has suffered any "costs and expenses" whatsoever.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and therefore denies them.

20.     Defendant denies having engaged in any unlawful "conduct" or that Plaintiff suffered any damages as a result of any alleged conduct, direct or indirect, by Defendant or any person or entity acting on its behalf.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20 and therefore denies them.  Defendant also denies the allegations in the cited/referenced exhibit.

21.     Denied.

22.     Denied.

3

**COUNT I – VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**

23.     Defendant realleges and reincorporates by reference its answers, denials, and averments to Paragraphs 1 through 22 as though fully set forth herein.

24.      The legal authority quoted and cited speaks for itself and no response is required. To the extent one is required, the allegations are denied.  Any remaining allegations in Paragraph 24 are denied.

25.     Denied.

26.     Denied.

27.     Defendant states that the allegations in Paragraph 27 present legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations.  Any remaining allegations in Paragraph 27 are denied.

28.     The legal authority quoted and cited speaks for itself and no response is required. To the extent one is required, the allegations are denied.    All remaining allegations in Paragraph 28 are denied.  Defendant specifically denies that Plaintiff is entitled to any relief from Defendant under the TCPA or other statute or legal theory, and denies that Plaintiff is entitled to any damages from Defendant whatsoever.

**COUNT II – VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND**

**DECEPTIVE BUSINESS PRACTICES ACT**

29.     Defendant realleges and reincorporates by reference its answers, denials, and averments to Paragraphs 1 through 28 as though fully set forth herein.

30.     Defendant states that the allegations in Paragraph 30 present legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations.  Any remaining allegations in Paragraph 30 are denied.

31.     Defendant states that the allegations in Paragraph 31 present legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations.  Any remaining allegations in Paragraph 31 are denied.

32.     The legal authority quoted and cited speaks for itself and no response is required. To the extent one is required, the allegations are denied.  Any remaining allegations in Paragraph 32 are denied.

33.     The legal authority cited speaks for itself and no response is required.  To the extent one is required, the allegations are denied.    All remaining allegations in Paragraph 33 are denied.  Defendant specifically denies that Plaintiff is entitled to any relief from Defendant under the ICFA or any damages from Defendant whatsoever.

34.     Denied.

35.     Denied.

36.     Defendant states that the allegations in Paragraph 36, in part, present legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations.  All remaining allegations in Paragraph 36 are denied.

37.     The legal authority quoted and cited speaks for itself and no response is required. To the extent one is required, the allegations are denied.    Any remaining allegations in Paragraph 37 are denied.

38.     The legal authority cited speaks for itself and no response is required.  To the extent one is required, the allegations are denied.   To the extent Plaintiff intended to incorporate the allegations stated in Paragraphs 17 through 22 of the Complaint in this Paragraph 38, Defendant realleges and reincorporates its answers to Paragraphs 17 through 22  above in their entirety as if fully restated herein. All remaining allegations in Paragraph 38 are denied.

Defendant specifically denies that Plaintiff is entitled to any relief from Defendant under the ICFA or any damages from Defendant whatsoever.

## GENERAL DENIALS

All allegations in the Complaint, including those presented in any and all attached exhibits, that are not specifically admitted above are hereby denied, and Defendant denies any allegations implied or that may be inferred from any captions or headings in the Complaint.

## RESPONSES TO PRAYERS FOR RELIEF

Defendant denies that Plaintiff is entitled to the relief requested in the Complaint at page 5 (as to Count I) and page 7 (as to Count II), or any relief whatsoever.

## AFFIRMATIVE DEFENSES

By alleging the defenses herein, WD Services intends no alteration of any burden of proof that otherwise exists with regard to the claims in the Complaint. All defenses are pled in the alternative and do not constitute an admission either of liability or as to whether Plaintiff is entitled to relief.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff cannot carry her burden of showing that any action by WD Services was willful or knowing.

## THIRD AFFIRMATIVE DEFENSE

At all times relevant to the matters alleged in the Complaint, WD Services acted in good faith, reasonably and without any actual or constructive knowledge of any alleged breach of any legal duty owed to Plaintiff, or any other alleged wrong done to Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were caused in whole or in part by the actions of parties other than WD Services.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing under Article III of the United States Constitution or otherwise.

## SIXTH AFFIRMATIVE DEFENSE

To the extent the TCPA is applied against WD Services in this case to impose upon WD Services liability in circumstances that WD Services could not have reasonably avoided and/or damages that would be grossly disproportional to any actual harm caused by the activity in question, the TCPA violates the Due Process Clause of the Fifth Amendment to the United States Constitution.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent the TCPA is applied against WD Services in this case to impose liability that would be grossly disproportional to any actual harm allegedly caused by the activity in question, the TCPA violates the Eighth Amendment to the United States Constitution, which prohibits excessive fines.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of *de minimis* harm because the actual harm allegedly suffered is negligible.

## NINTH AFFIRMATIVE DEFENSE

The claims are barred, in whole or in part, based upon the doctrines of unclean hands, estoppel, waiver, laches and/or other theories of equity.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to relief because, if Plaintiff has been damaged, Plaintiff has failed to mitigate her damages.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, by the applicable statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred because Plaintiff provided her prior express invitation, consent, or permission to be contacted and/or failed to or otherwise did not revoke said consent.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages under applicable law.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to relief under ICFA because its business practices, acts, and/or activities are not / were not unfair or deceptive.

## FIFTEENTH AFFIRMATIVE DEFENSE

Certain additional defenses to the Complaint and to the asserted claims for relief stated therein may be available to WD Services.  These additional defenses, however, may require discovery before they can be properly alleged.  Thus, WD Services reserves the right to assert other separate and additional defenses if and when they become appropriate in this action.

## JURY TRIAL DEMAND

WD Services demands a trial by jury of all issues triable of right by jury.

**WHEREFORE,** Defendant WD Services, LLC respectfully requests that the Court enter judgment in its favor, dismiss Plaintiff's Complaint with prejudice, award WD Services all of the costs and attorneys' fees incurred in defending this action, and grant such other relief as it deems appropriate.

8

Dated: August 1, 2017                                 Respectfully Submitted,

                                                              */s/ A. Paul Heeringa*
                                                     A. Paul Heeringa (IL Bar 6288233)
                                                     MANATT, PHELPS & PHILLIPS, LLP
                                                     115 S. LaSalle Street, Suite 2600
                                                     Chicago, IL 60603
                                                     Phone: (312) 626-1813
                                                     Fax: (312) 648-6202
                                                     pheeringa@manatt.com

                                                     *Counsel for Defendant WD*
                                                     *Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 1, 2017, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ <u>*A. Paul Heeringa*</u>
A. Paul Heeringa

319081545.1