# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATHLEEN MARIE COCCO, | |
| Plaintiff, | Case No. 1:17-cv-04604 |
| v. | Honorable Judge John R. Blakey |
| WD SERVICES, LLC d/b/a NESMETAJU, LLC d/b/a YOUGETFUNDED.COM, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Kathleen Marie Cocco ("Plaintiff") and Defendant WD Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1. Plaintiff agrees to voluntarily dismiss her claims against Defendant in the above-captioned matter in their entirety without prejudice.

2. Plaintiff shall have full leave to reinstate her claims against Defendant by motion through September 7, 2017.

3. If no motion to reinstate is filed by September 7, 2017, the foregoing dismissal will automatically convert to a dismissal with prejudice without further action by the Court or the Parties.

4. The Parties shall bear their own respective costs and fees.

**STIPULATED AND AGREED BY THE UNDERSIGNED PARTIES THIS 8th DAY OF AUGUST, 2017:**

*Counsel for Plaintiff, KATHLEEN MARIE COCCO*

/s/ Nathan Charles Volheim
**Sulaiman Law Group, Ltd.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: 630-568-3056
Fax: 630-575-8188
Email: nvolheim@sulaimanlaw.com

*Counsel for Defendant, WD SERVICES, LLC*

/s/ A. Paul Heeringa (*with permission*)
**Manatt, Phelps & Phillips, LLP**
115 S. LaSalle, Suite 2600
Chicago, Illinois 60603
Phone: 312-529-6308
Fax: 312-648-6202
Email: pheeringa@manatt.com

319099946.1